**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SOOKBOX DEVELOPMENT LLC,** | § § | |
| **v.** | § § § | **CIVIL ACTION NO. 6:17-CV-149-JRG-KNM** |
| **LUTRON ELECTRONICS CO., INC.** | § § § § | |

## ORDER

The Court has considered Sookbox Development, LLC's ("Plaintiff") Notice of Voluntary Dismissal of Defendant Lutron Electronics Co., LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Court is of the opinion that the Notice should be **APPROVED**.

It is therefore **ORDERED** that Plaintiff's claims for relief against Defendant are **DISMISSED without prejudice**.

**So ORDERED and SIGNED this 10th day of April, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE